# Exhibit B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Bowmar Archery LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VIP Veteran Innovative Products LLC,**<br><br>    **Defendant.** | **Case No. 1:22-cv-00346 – RP**<br><br>**The Honorable Robert L. Pitman**<br><br>**Jury Trial Demanded** |

**PROPOSED SCHEDULE**

| Event | Proposal |
|---|---|
| Deadline for report on ADR under LR CV-88 | November 23, 2022 |
| Deadline to submit Notice Concerning Reference to United States Magistrate Judge | November 23, 2022 |
| Deadline for written settlement offer | November 23, 2022 |
| Deadline for responding to written settlement offer | Two weeks after receipt of the initial written offer of settlement |
| Deadline for parties asserting infringement to serve patent infringement contentions | February 24, 2023 |
| Deadline for parties asserting invalidity to serve invalidity contentions | April 21, 2023 |
| Deadline for parties to concurrently exchange a list of claim terms that a party believes should be construed by the Court | May 19, 2023 |
| Deadline for parties to concurrently exchange proposed constructions | June 16, 2023 |
| Deadline to file opening claim construction briefs | July 28, 2023 |
| Deadline to file responsive claim construction briefs | August 18, 2023 |
| Claim Construction Hearing | Week of September 18, 2023 |
| Deadline to file motions to amend or supplement pleadings or join additional parties | September 29, 2023 |
| Deadline for parties to complete all fact discovery | December 22, 2023 |
| Exchange Burden of Proof Expert Reports (Fed. R. Civ. P. 26(a)(2)(B)) | January 19, 2024 |

| Event | Proposal |
|---|---|
| Exchange Rebuttal Expert Reports (Fed. R. Civ. P. 26(a)(2)(B)) | February 16, 2024 |
| Deadline for parties to complete all expert discovery | April 12, 2024 |
| Deadline for parties to file and serve dispositive motions and motions objecting to the reliability of an expert's proposed testimony under Fed. R. Evid. 702 | May 10, 2024 |
| Responses to dispositive motions and objections to the reliability of an expert's proposed testimony under Fed. R. Evid. 702 | June 7, 2024 |
| Replies in support of dispositive motions and objections to the reliability of an expert's proposed testimony under Fed. R. Evid.702 | June 21, 2024 |
| Final Pretrial Conference | TBD by Court |
| Trial | TBD by Court |