IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BOWMAR ARCHERY, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-CV-436-RP |
| VIP VETERAN INNOVATIVE PRODUCTS LLC, *doing business as* VIP ARCHERY | § § § § | |
| Defendant. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Susan Hightower concerning Plaintiff Bowmar Archery, LLC's opposed motion for leave to file its first amended complaint, (Mot. Dkt. 24). (R. & R., Dkt. 31). Defendant timely filed an objection to the report. (Obj., Dkt. 32).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendant's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 31), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to amend, (Dkt. 24), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file Plaintiff's first amended complaint, (Dkt. 24-1).

**SIGNED** on April 12, 2023.

*[signature]*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE